IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-02756

DANA MORROSIS,

    Plaintiff,

vs.

SECURA INSURANCE HOLDINGS, INC. a Wisconsin insurance company; and SECURA SUPREME INSURANCE COMPANY, a Wisconsin insurance company.

    Defendant.

---

## NOTICE OF REMOVAL OF STATE COURT ACTION FILED BY DEFENDANT

---

Defendant, improperly named in the caption above, by and through its undersigned attorneys, Ellis J. Mayer, Esq. of Nathan, Dumm & Mayer, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Federal Rule of Civil Procedure 81(c); and D.C.COLO.L.Civ.R. 81.1, hereby submits this Notice of Removal of the State Court Action filed by Dana Morrosis ("Plaintiff"), and states as follows:

**GROUNDS FOR REMOVAL**

1. The Plaintiff and the Defendant have diversity of citizenship and the amount in controversy exceeds $75,000.00, making this action appropriate for removal from the Federal Court in accordance with 28 U.S.C. § 1332 and 1441, and timely under 28 U.S.C. § 1446.

## THE STATE COURT ACTION

2. On October 24, 2017, the Plaintiff filed a State Court action entitled Dana Morrosis, Plaintiff, v. SECURA INSURANCE HOLDINGS, INC., a Wisconsin insurance company; and SECURA SUPREME INSURANCE COMPANY, a Wisconsin insurance company., in the District Court for the 1st Judicial District, Jefferson County Colorado, Case Number 2017CV31638 (Exhibit A, Complaint and Jury Demand). A Civil Cover Sheet accompanied the Complaint (Exhibit B, Cover sheet).

## DIVERSITY

3. Plaintiff is a resident of the City of Littleton and State of Colorado (Complaint, ¶ 1), and lives at the following address: 8464 S. Upham Way, Littleton, CO 80128 (Complaint and Jury Demand, ¶ 1).

4. Defendant SECURA Insurance, improperly named SECURA Insurance Holdings, Inc. and SECURA Supreme Insurance Company ("SECURA") is a corporate resident of the city of Appleton, State of Wisconsin, with a corporate address at 2401 S Memorial Dr., Appleton, WI 54915, (Complaint and Jury Demand, ¶ 2).

5. Because the action is between citizens of different states and/or subjects of a foreign state, diversity exists within the meaning of 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

1. The amount in controversy exceeds $75,000.00 according to:

      a.      The Civil Cover Sheet filed by the Plaintiff with his Complaint. Exhibit B (attached) indicates that the Simplified Rules of Civil Procedure do not apply because Plaintiff seeks more than $100,000.00 in damages.

      b.      Plaintiff's Complaint (Exhibit A) indicates damages for economic, non-economic, impairment, disfigurement and all other damages, damages for two time the covered insurance benefit sought, and attorney fees.

## TIMELINESS OF REMOVAL

6.      The Defendant is filing this Notice of Removal within 30 days after service of the Complaint and Jury Demand and Civil Cover Sheet which occurred on October 30, 2017, and within 30 days of the filing of the suit on October 24, 2017, and, accordingly, this Notice is timely under 28 U.S.C. § 1446(b).

7.      The Civil Cover Sheet states that Plaintiff seeks a monetary judgment of more than $100,000, exclusive of interest and costs. The civil cover sheet can be used to establish the amount in controversy for purposes of removal. *Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) ("There is no ambiguity in the cover sheet. And we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding (whether or not simplified procedures will apply).") (citing *Henderson v. Target Stores, Inc.*, 431 F.Supp.2d 1143, 1144 (D. Colo. 2006)).

## COMPLIANCE WITH THE PROCEDURAL REQUIREMENTS

8.      Pursuant to 28 U.S.C. § 1446(a), Federal Rule of Civil Procedure 81.(c and d. c. Colorado.L.R.81.1, a copy of all process, pleadings, and orders that have been filed in a State Court are attached hereto and include:

    Complaint and Jury Demand (Exhibit A)

    Civil Cover Sheet to the Complaint (Exhibit B)

    Return of Service of suit on Secura Supreme Insurance Company (Exhibit C)

    Summons for Secura Supreme Insurance Company (Exhibit D)

    Summons for Secura Insurance Holdings Inc. (Exhibit E).

    Civil Procedure Order (Exhibit F)

9. No trial, hearings, or other proceedings are currently pending in the State Court from which this action is being removed.

10. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal has been filed with the Clerk of the District Court for the 1st Judicial District, Jefferson County Colorado in Civil Action 2017CV31638 (Exhibit G), and a copy of the Notice of Removal has been served on counsel for the Plaintiff as specified in the attached Certificate of Service.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441 and 1446, Defendant respectfully requests that this case be removed from the 1st Judicial District, Jefferson County Colorado, Colorado, to the United States District Court for the District of Colorado and enter such further Orders as may be necessary and proper for the continuation of this action.

Respectfully submitted,

NATHAN DUMM & MAYER, P.C.

s/*Ellis J. Mayer*
Ellis J. Mayer, Esq.
Timothy R. Fiene, Esq.
Nathan Dumm & Mayer PC
7900 East Union Avenue, Suite 600
Denver, CO   80237
(303) 691-3737
(303) 757-5106 (Fax)
emayer@ndm-law.com
tfiene@ndm-law.com
Attorneys for Defendant SECURA

5

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on the 17th of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and a courtesy copy sent to:

Adrienne M. Tranel, Esq.
Law Office of D. Chadwick Calvert
7354 S. Alton Way
Centennial, Colorado 80112
Attorneys for Plaintiff
atranel@dcclawoffice.com

                                    *s/ Ellis J. Mayer*
                                    Ellis J. Mayer, Esq.
                                    Timothy R. Fiene, Esq.
                                    Nathan Dumm & Mayer PC
                                    7900 East Union Avenue, Suite 600
                                    Denver, CO   80237
                                    (303) 691-3737
                                    (303) 757-5106 (Fax)
                                    emayer@ndm-law.com
                                    tfiene@ndm-law.com
                                    Attorney for Defendants